B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re  James O. Smith
Elizabeth J. Smith
  aka Elizabeth Richards Smith
  aka Elizabeth J. Richards    ,

Western District of Tennessee

Case No.  16-10907

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| East Rock Financial, LLC | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of Matawin Ventures Trust Series 2018-1 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  East Rock Financial, LLC
  10632 N. Scottsdale Rd., B-466
  Scottsdale, AZ 85254

Phone: _____
Last Four Digits of Acct #: ___6828___

Name and Address where transferee payments should be sent (if different from above):
  FCI Lender Services, Inv.
  PO Box 27370
  Anaheim Hills, CA 92809
Phone: _____
Last Four Digits of Acct #: ___6828___

Court Claim # (if known): ___6-3___
Amount of Claim: ___$13,313.86___
Date Claim Filed: ___03/27/2018___

Phone: _____
Last Four Digits of Acct. #: ___413___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile              Date: 08/29/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.