UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

| | |
|---|---|
| In re: | Chapter 13 |
| JAMES O. SMITH & ELIZABETH J. SMITH | |
| Debtors | Case No. 16-10907 |

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

| | |
|---|---|
| NOTICE OF CREDITOR: | REAL TIME RESOLUTIONS INC AS AGENT FOR |
| COURT CLAIM NUMBER: | 7 |
| LAST FOUR DIGITS OF ACCT NUMBER: | 3115 |

Monthly ongoing mortgage payment is paid by the Chapter 13 Plan and is currently due for February 01, 2021.

Within 21 days of the service of the Notice, the creditor must file and serve same on the debtors, Debtors' counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtors have paid in full the amount required to cure the default and whether, consistent with 1322(b)(5), the debtors are otherwise current on all payments or be subject to further action of the Court including possible sanctions.

/s/ Timothy H. Ivy
**Timothy H. Ivy (18053)**
**CHAPTER 13 TRUSTEE**
**250 NORTH PARKWAY, STE. 1**
**JACKSON, TN 38305-2735**

CC:
KDF

**Debtors:**
JAMES O. SMITH & ELIZABETH J. SMITH
634 RUSHING ROAD
MICHIE, TN 38357

ELIZABETH J. SMITH
634 RUSHING ROAD
MICHIE, TN 38357

**Debtors' Attorney:**
**KEN WALKER**
**WALKER, WALKER & WALKER**
**PO BOX 530**
**LEXINGTON, TN 38351-0530**

**Creditor:**
**REAL TIME RESOLUTIONS INC AS AGENT FOR**
**CVI LOAN TRUST I**
**P.O. BOX 35888**
**DALLAS, TX 75235**

**Notice:**
**REAL TIME RESOLUTIONS, INC.**
**1349 EMPIRE CENTRAL DRIVE**
**SUITE 150**
**DALLAS, TX  75247-4029**

**Notice:**
**Ditech**
**f/k/a Greentree Servicing**
**P.O. Box 6172**
**Rapid City, SD  57709**